CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens for Responsibility and Ethics )
in Washington )
)
)
                Plaintiff )   Civil Action No._____
    vs )
U.S. Department of Justice )
)
)
               Defendan )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  plaintiff  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  plaintiff  which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                      Attorney of Record

                                                      _____
                                                      Signature

360418                                          David L. Sobel
BAR IDENTIFICATION NO.              Print Name

                                                      1875 Conn. Avenue, N.W., Suite 650
                                                      Address

                                                        Washington, DC     20009
                                                     City             State        Zip Code

                                                       202-246-6180
                                                     Phone Number