UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON,<br><br>　　　　Plaintiff<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)  No. 1:08-mc-01468 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S NOTICE OF APPEARANCE OF JEFFREY M. SMITH**

PLEASE TAKE NOTICE that Jeffrey M. Smith hereby enters his appearance on behalf of the United States Department of Justice. Mr. Smith's address for regular U.S. mail is:

>   Jeffrey M. Smith
>   U.S. Department of Justice
>   Civil Division, Federal Programs Branch
>   P.O. Box 883
>   Washington, D.C. 20044

Mr. Smith's address for overnight mail and hand delivery is:

>   Jeffrey M. Smith
>   U.S. Department of Justice
>   Civil Division, Federal Programs Branch
>   20 Massachusetts Avenue N.W., Room 7144
>   Washington, D.C. 20001

Mr. Smith may be reached by phone at (202) 514-5751. Faxes for Mr. Smith should be sent to (202) 616-8202, and e-mail may be sent to Jeffrey.Smith5@usdoj.gov.

August 29, 2008                    Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


*/s/ Jeffrey M. Smith*
JEFFREY M. SMITH (D.C. Bar # 467936)
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW,
Washington, D.C. 20530
Tel: (202) 514-5751
Fax: (202) 616-8202

*Counsel for Defendant*